```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
BARBARA WOLFSON,                                                  :      22-CV-8373 (JMF)
                                                                  :
                        Plaintiff,                                :
                                                                  :
        -v-                                                       :
                                                                  :
SIGNIFY HEALTH, INC, et al.,                                      :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
                                                                  :
KARYN BRUTON,                                                     :
                                                                  :
                        Plaintiff,                                :      22-CV-8425 (JMF)
                                                                  :
        -v-                                                       :
                                                                  :
SIGNIFY HEALTH, INC, et al.,                                      :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
                                                                  :
STEPHEN BUSHANSKY,                                                :
                                                                  :
                        Plaintiff,                                :      22-CV-8527 (JMF)
                                                                  :
        -v-                                                       :
                                                                  :
SIGNIFY HEALTH, INC, et al.,                                      :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
                                                                  :
SHOSHANA MINZER,                                                  :
                                                                  :      22-CV-8540 (JMF)
                        Plaintiff,                                :
                                                                  :
        -v-                                                       :
                                                                  :
```

```
SIGNIFY HEALTH, INC, et al.,              :
                                          :
                    Defendants.           :
                                          :
----------------------------------------X
                                          :
PHIL LIFSHITZ,                            :
                                          :
                                          :        22-CV-8564 (JMF)
                    Plaintiff,            :
                                          :           ORDER
       -v-                                :
                                          :
                                          :
SIGNIFY HEALTH, INC, et al.,              :
                                          :
                    Defendants.           :
                                          :
----------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On October 20, 2022, the Court issued an Order stating that these five cases (along with three others that have since been voluntarily dismissed) appeared to involve common questions of law and fact, so it was inclined to consolidate them, but that if any party objected, the party needed to file a letter brief by October 27, 2022. ECF No. 4. Having received no objections, it is hereby ordered that, pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, the cases are consolidated under the case number 22-CV-8373. By separate Order today, this Court will schedule an initial pre-trial conference.

      It is further ORDERED that the Plaintiff Barbara Wolfson shall promptly serve a copy of this Order on each of the Defendants and file proof of service on the docket.

      The Clerk of Court is directed to consolidate 22-CV-8373, 22-CV-8425, 22-CV-8527, 22-CV-8540, and 22-CV-8564 under case number 22-CV-8373, and to close 22-CV-8425, 22-CV-8527, 22-CV-8540, and 22-CV-8564. **All future filings should be in 22-CV-8373 alone.**

      SO ORDERED.

Dated: October 28, 2022  
      New York, New York  
                                                     JESSE M. FURMAN  
                                                    United States District Judge